UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES T. WRIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV415-099 |
| LEDELL ELLIS, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This case has been sitting inactive on the Court's docket and the parties have failed to comply with the Court's General Order. Doc. 2. Within 14 days of service of this Order, plaintiff shall show the Court why it should not dismiss his case under Fed. R. Civ. P. 41(b) and L.R. 41.1(b).

**SO ORDERED**, this 31st day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA