IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2017 JAN 26 PM 2:22 CLERK SO. DIST. OF GA.

JAMES T. WRIGHT,)
)
    Plaintiff,)
)
v.) CASE NO. CV415-099
)
LEDELL ELLIS and AL ST.)
LAWRENCE, Sheriff,)
)
    Defendants.)
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of January 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA